No. 80–290. FIORE v. MASSACHUSETTS. Ct. App. Mass. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari.

No. 80–5127. PINEIRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 80–5158. ALFREY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 80–5204. HULSEY v. ARKANSAS. Sup. Ct. Ark.;
No. 80–5215. DAMPIER v. GEORGIA. Sup. Ct. Ga.; and
No. 80–5228. MATA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. Reported below: No. 80–5204, 268 Ark. 312, 595 S. W. 2d 934; No. 80–5215, 245 Ga. 426, 265 S. E. 2d 565, and 245 Ga. 882, 268 S. E. 2d 349; No. 80–5228, 125 Ariz. 233, 609 P. 2d 48.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–5284. SARTO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

OCTOBER 21, 1980

No. A–332. NATIONAL REPUBLICAN SENATORIAL COMMITTEE v. DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE ET AL. Motion to vacate the temporary stay, heretofore entered by the THE CHIEF JUSTICE on October 17, 1980, denied.